## Olive Allott, Defendant in Error, v. William H. Bowers, Plaintiff in Error.

### Gen. No. 16,328.

This case is controlled by the decision in Allott v. Bowers, 168 Ill. App. 573.

Error to the Municipal Court of Chicago; the HON. HOSEA W. WELLS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1910. Reversed and remanded with directions. Opinion filed May 20, 1912.

EDWARD J. KELLY, for plaintiff in error.

WILLIAM A. ROGAN, for defendant in error.

MR. JUSTICE CLARK delivered the opinion of the court.

The writ of error in this case brings up for review the action of the Municipal Court of Chicago in deny-

ing a motion to vacate a judgment entered by confession on a lease, and to permit the defendant to interpose a defense.

The same question is involved as in case No. 16327 between the same parties and upon the same lease. An opinion was filed by Branch D of this court on March 25, 1912, in that case. (168 Ill. App. 573.) For the reasons stated therein we think the judgment should be reversed and the cause remanded, which is accordingly done with directions to the Municipal Court to vacate the judgment and permit the defendant to make defense.

*Reversed and remanded with directions.*